# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                   CASE NO.  3:96cr75/RV

SIMON GONZALEZ

**REFERRAL AND ORDER**

Referred to Judge Vinson on  01/17/2006

Type of Motion/Pleading  MOTION TO ELIMINATE ENHANCEMENTS AND REDUCE SENTENCE

Filed by: Defendant            on 1/4/06        Doc. No. 78

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

Government             on 1/19/06       Doc. No. 79

                                 on              Doc. No.

WILLIAM M. McCOOL, CLERK OF COURT

/s/ V. Harmon
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 24th day of January, 2006, that:

(a)  The requested relief is DENIED.

(b)  _____

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.